**No. 10-125. National Urological Group, Inc., et al., Petitioners v. Federal Trade Commission.**

562 U.S. 1003, 131 S. Ct. 505, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8554.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 358.